IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | **Criminal No. GJH-20-171** |
| | * | **Criminal No. GJH-20-368** |
| **ARTHUR CHESTER MORGAN,** | * | |
| | * | |
| Defendant. | * | |
| | * | |
| | ******* | |

## GOVERNMENT'S MOTION TO SEAL PROPOSED SEALED DOCUMENTS

The United States of America, by and through its undersigned counsel, hereby respectfully moves this Honorable Court for an Order sealing the accompanying proposed sealed documents (the exhibits to the government's sentencing memorandum).

Beyond the information quoted in the sentencing memorandum, the exhibits contain information of a sensitive nature involving military operations and businesses, victim information, and otherwise, as described therein, akin to information in the Pre-sentence Investigation Report that is referred to in sentencing memoranda but not separately subject to public disclosure. Accordingly, sealing is appropriate and no reasonable alternatives to sealing are available.

The government will send copies of all documents via e-mail to counsel for the defendant on the date listed on the certificate of service, below.

WHEREFORE, the government respectfully requests that the proposed sealed documents accompanying this motion be sealed until further notice.

                                                          Respectfully submitted,

                                                          Jonathan F. Lenzner
                                                          Acting United States Attorney

By:     /s/
       Elizabeth Wright
       Assistant United States Attorney

It is so ORDERED, this _____ day of March, 2021.

                                                          The Honorable George J. Hazel
                                                          United States District Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all counsel of record, on March 24, 2021.

                                                          /s/
                                                          Elizabeth Wright
                                                          Assistant United States Attorney