**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Southern Division)**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | |
| **v.** | Criminal No. 8:20-cr-00171-GJH |
| **ARTHUR MORGAN**, | |
| *Defendant.* | |
| | |
| **UNITED STATES OF AMERICA**, | |
| **v.** | Criminal No. 8:20-cr-00368-GJH |
| **ARTHUR CHESTER MORGAN**, | |
| *Defendant.* | |

**UNOPPOSED MOTION OF MR. MORGAN TO CONTINUE SENTENCING**

As the Court is aware, undersigned counsel was appointed today to represent Mr. Morgan in each of the above-captioned matters.  Undersigned counsel understands from counsel for the Government that a consolidated sentencing proceeding for both matters is presently scheduled for November 19, 2021.  Undersigned counsel is presently in trial in federal court in Denver, a trial that is scheduled to be presented to the jury by December 21, 2021.  Undersigned counsel is scheduled to begin a multi-week, multi-defendant trial in the Northern Division of the District of

Maryland on January 11, 2022.  Trial in that case has previously been continued multiple times and, therefore, it seems unlikely that the trial date of January 11th will change.

In light of these prior commitments, realistically, undersigned counsel would be unlikely to be able adequately to prepare for sentencing in the above-captioned matters if the sentencing were scheduled any sooner than mid-March 2022.  Undersigned counsel has conferred with counsel for the Government.  While it is unusual to continue a sentencing for this length of time, we agreed that, under the circumstances, such a continuance is warranted.

The parties defer to the Court whether the Court would prefer at this time to set a date-certain in the latter part of March 2022 or would prefer instead simply to remove the current sentencing date from the calendar without setting a new sentencing date, and then have the parties apprise the Court if the January 11, 2022 trial proceeds as scheduled.  Either way, Mr. Morgan respectfully asks the Court to grant this unopposed motion to continue the November 19, 2021 sentencing date.


Dated: November 15, 2021          Respectfully submitted,

                      */s/ Barry J. Pollack*
                      Barry J. Pollack (Bar No. 12415)
                      ROBBINS, RUSSELL, ENGLERT,
                      ORSECK & UNTEREINER LLP
                      2000 K Street, N.W., 4th Floor
                      Washington, DC 20006
                      (202) 775-4514
                      bpollack@robbinsrussell.com
                      *Counsel for Mr. Morgan*

## **CERTIFICATE OF SERVICE**

On this 15th day of November, 2021, I caused the foregoing document to be electronically filed with the Clerk of the Court for the United States District Court for the District of Maryland by using the Court's CM/ECF system, which will serve electronic notification of this filing on all counsel of record.

Respectfully submitted,

*/s/ Barry J. Pollack*
Barry J. Pollack